## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: ) | |
| ) | |
| Valerie Marie Hatfield, *Debtor* ) | |
| ) | Case No. 15-41990-drd |
| Christiana Trust, a division of Wilmington Savings Fund ) | |
| Society, FSB, as Trustee for Normandy Mortgage Loan Trust, ) | Chapter: 13 |
| Series 2013-8, by Rushmore Loan Management Services, ) | |
| LLC, loan servicing agent for *Creditor* ) | |
| ) | |
| vs. ) | |

Valerie Marie Hatfield, *Debtor*

### SECURED CREDITOR'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

COMES NOW, Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-8, by Rushmore Loan Management Services, LLC, its successors or assigns, a secured creditor and objects to the Chapter 13 Plan for the following reasons:

1. The secured creditor is the holder of a promissory note in the principal sum of $92,224.53, together with interest, secured by a lien on the real property of the Debtor located at 607 Southwest BB Highway, Centerview, MO 64019.

2. The Debtor's Plan lists the pre-petition arrearage to Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-8, by Rushmore Loan Management Services, LLC, at $1,407.00. The approximate arrearage that will be listed in the Creditor's Proof of Claim is $6,630.35.

3. The Debtor's plan understates Creditor's arrearage, therefore violating 11 U.S.C. §1325(b)(2) in that the plan does not provide for curing of the pre-petition default.

**WHEREFORE**, having fully prayed, Creditor requests that confirmation of the proposed Chapter 13 plan be denied, and for such other and further relief as the Court deems proper.

SOUTHLAW, P.C.
/S/ Ashley B. Osborn
Steven L. Crouch (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)

File No. 165922
Case No: 15-41990-drd

Ashley B. Osborn (MBE #59427; KS #23272)
6363 College Blvd. Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
KS: ksbkecf@southlaw.com
WDMO: mobknotices@southlaw.com
EDMO: moedbknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 165922
Case No: 15-41990-drd

## **CERTIFICATE OF MAILING/SERVICE**

I certify that a true copy of the Attached Pleading was served either electronically or via first class mail on August 17, 2015 upon the following parties:

Valerie Marie Hatfield
607 Southwest BB Highway
Centerview, MO  64019
**DEBTOR**

Gabriel A. Domjan
4971B NE Goodview Circle
Lees Summit MO  64064
**ATTORNEY FOR DEBTOR**

Richard Fink
2345 Grand Blvd., Suite 1200
Kansas City, MO  64108-2663
**TRUSTEE**

Office of the United States Trustee
400 East 9th Street, Suite 3440
Kansas City, MO  64106
**U.S. TRUSTEE**


SOUTHLAW, P.C.
/S/ Ashley B. Osborn
Steven L. Crouch (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Ashley B. Osborn (MBE #59427; KS #23272)
6363 College Blvd. Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
KS: ksbkecf@southlaw.com
WDMO: mobknotices@southlaw.com
EDMO: moedbknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 165922
Case No: 15-41990-drd

File No. 165922
Case No: 15-41990-drd